IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDY DURIS | : | NO. 11-573 |

ORDER

AND NOW, this 23rd day of August, 2012, defendant is placed on "Special Probation" pursuant to Title 18, United States Code, Section 3607(a)[1] with the following conditions:

1. The Probation Office will report to the Court any violation, including a technical violation, of the defendant's terms of Special Probation, so that any violation can appropriately be addressed by the Court and the parties.

2. While on probation, the defendant shall not commit another federal, state, or local crime, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this Court.

3. The defendant shall perform 200 hours of community services work as directed by the Probation Office at the Philadelphia Veteran's Comfort House.

4. The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to drug testing to ensure compliance. It is further ordered that the defendant shall participate in drug treatment and abide by the rules of any such program until satisfactorily discharged.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
United States Magistrate Judge

---

[1] Pursuant to Title 18, United States Code, Sections 3607(a) and 3565(a)(2), imposition of sentence is stayed during the term of Special Probation.